

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-15-00783-CR

**EX PARTE** Tamara Joy **MCCRACKEN**

From the 198th Judicial District Court, Kerr County, Texas
Trial Court No. B14554
Honorable M. Rex Emerson, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the order of the trial court is AFFIRMED.

SIGNED August 3, 2016.

_____
Karen Angelini, Justice